BOOKBINDERS TRADE ASSOCIATION, INC., Respondent, *v.* JOHN B. HAGGERTY, Individually and as President of the International Brotherhood of Bookbinders, et al., Respondents, and MARY J. MURPHY, Individually and as President of Bindery Women's Union Local No. 43 of the International Brotherhood of Bookbinders, et al., Appellants, Impleaded with Others.

MARY J. MURPHY, as President of the Bindery Women's Local Union No. 43, etc., Appellant, *v.* JOHN B. HAGGERTY, Individually and as President of the International Brotherhood of Bookbinders, et al., Respondents.

(Argued March 20, 1934; decided April 17, 1934.)

*Sidney S. Levine* and *C. Arthur Arnstein* for appellants.

*Alexander Schwartz* and *Maximilian Bader* for Bookbinders Trade Association, Inc., respondent.

*David Goldstein* and *Thomas G. Frost* for John B. Haggerty, individually and as president of the International Brotherhood of Bookbinders, et al., respondents.

In each action, judgment affirmed, with costs; no opinion. (See 264 N. Y. 674.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.